**DOCUMENT WITHDRAWN PURSUANT TO COURT ORDER**